944

No. 845. NORTHERN METAL Co. *v.* PENNSYLVANIA BOARD OF FINANCE & REVENUE. Sup. Ct. Pa. Certiorari denied. *Morris Wolf, Marvin Comisky* and *Raymond J. Bradley* for petitioner. *Walter E. Alessandroni,* Attorney General of Pennsylvania, and *Vincent X. Yakowicz,* Deputy Attorney General, for respondent.

No. 850. CONTINENTAL GRAIN Co. *v.* CITY OF BUFFALO ET AL. C. A. 2d Cir. Certiorari denied. *David S. Jackson, Wilbur H. Hecht* and *John J. Sullivan* for petitioner. *Edward J. Desmond* and *John E. Drury, Jr.,* for the City of Buffalo; *Lee C. Hinslea* and *Lucian Y. Ray* for Kinsman Transit Co.; and *Scott H. Elder* and *Robert M. Hitchcock* for Midland Steamship Line, Inc., respondents.

No. 800. GATE FILM CLUB *v.* PESCE. C. A. 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Emanuel Redfield* for petitioner. *Louis J. Lefkowitz,* Attorney General of New York, *Paxton Blair,* Solicitor General, and *Ruth Kessler Toch,* Assistant Solicitor General, for respondent.

No. 844. HARMON *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Carlton S. Roeser* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Richard W. Schmude* for the United States.

No. 813, Misc. BLUE *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox* for the United States.